

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

November 10, 2009

See Notice of Electronic Filing

Re: PAYTON TURPIN, vs. JOHN V. MURPHY, et al  
Civil Action Number: 09-cv-02627-JLK-KMT

Dear Counsel:

Upon review of the file we note this case was randomly drawn to Chief Judge Wiley Y. Daniel and Magistrate Judge Hegarty in error. Pursuant to the Memorandum of April 24, 2009, which has been docketed in this matter, the case should have been assigned to Senior Judge John L. Kane and Magistrate Judge Tafoya.

Please note that the new case number is 09-cv-02627-JLK-KMT. All future pleadings should reference the new case number as shown above.

Thank you for your cooperation in this matter.

Very truly yours,

GREGORY C. LANGHAM, CLERK

By: s/Gail Shaw, Deputy Clerk

cc:   Magistrate Judge Tafoya

(Rev. 07/08)