## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## Judge John L. Kane

Civil Action No. 1:09-cv-02627

PAYTON TURPIN, derivatively on behalf of nominal defendant
OPPENHEIMER CORE BOND FUND,

      Plaintiff,

v.

JOHN V. MURPHY,
BRIAN W. WIXTED,
WILLIAM L. ARMSTRONG,
ROBERT G. AVIS,
GEORGE C. BOWEN,
EDWARD L. CAMERON,
JON S. FOSSEL,
SAM FREEDMAN,
BEVERLY L. HAMILTON,
ROBERT J. MALONE and
F. WILLIAM MARSHALL,

      Defendants

and

OPPENHEIMER CORE BOND FUND,

      Nominal Defendant

_____

### MINUTE ORDER
_____

Judge John L. Kane ORDERS

      The parties' Stipulated Motion for Extension of Time (Doc. 21) is GRANTED.  This matter is stayed until the parties submit their settlement for approval by the Court.

_____
Dated February 6, 2012.