**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  May 10, 2012                                    Deputy Clerk: Bernique Abiakam
                                                       Court Reporter: Terri Lindblom

Civil Action No.: 09-cv-02627-JLK

PAYTON TURPIN, derivatively on behalf of
nominal defendant OPPENHEIMER CORE
BOND FUND,                                             Eric L. Zagar
                                                       Jeffrey M. Villanueva

           Plaintiff,

v.

JOHN V. MURPHY,
BRIAN W. WIXTED,
WILLIAM L. ARMSTRONG,
ROBERT G. AVIS,
GEORGE C. BOWEN,
EDWARD L. CAMERON,
JON S. FOSSEL,
SAM FREEDMAN,
BEVERLY L. HAMILTON,
ROBERT J. MALONE, and
F. WILLIAM MARSHALL,                                   Matthew L. Larrabee
                                                       Stephanie E. Dunn
                                                       Sara E. Fletcher

           Defendants

and

OPPENHEIMER CHAMPION INCOME FUND,

           Nominal Defendant.

**COURTROOM MINUTES**

*(Heard simultaneously with Civil Action No. 10-cv-01473-JLK)*

In re: Oppenheimer - Final Approval Hearing

**10:15 a.m.     Court in session.**

*09-cv-02627-JLK*
*Final Approval Hearing*
*May 10, 2012*

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

10:24 a.m.    Comments by Mr. Zagar.

**ORDERED:   Unopposed Motion For Final Approval Of Proposed Settlement (Filed 4/18/12; Doc. No. 25) is GRANTED.**

**Approval ORDER is ACCEPTED and signed as submitted.**

Final remarks by the Court.

**10:36 a.m.    Court in recess.**
Hearing concluded.
Time in court - 10 minutes *(divided time)*